UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

_____,         )
       Plaintiff (s),                             )
                                                         )
v.                                                       )     Case No.
                                                         )
Robert Schulte                                  )
_____,         )
       Defendant(s).                            )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now ___Plaintiff___ and notifies the court of the intent to use
       (Plaintiff or Defendant)

___Tim Moore/Pro-Serve___
(name and address of process server)

___6614 Clayton Road___

___St. Louis, Missouri___

To serve: ___Robert Schulte_____in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

___01/26/2022___                                                 ___/s/ Anthony E. Rothert___
(date)                                                                       (attorney for Plaintiff)

                                                                              _____
                                                                              (attorney for Defendant)