**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| KEITH ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:22-CV-00099 JMB |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| ROBERT SCHULTE, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Emily Lazaroff of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiff.

 

Respectfully submitted,
/s/ Emily Lazaroff
Emily Lazaroff, #73811 MO
ACLU of Missouri Foundation
906 Olive St., Suite 1130
St. Louis, MO 63110
314-652-3114
elazaroff@aclu-mo.org
*Attorney for Plaintiff*