**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **Keith Rose,** | ) |
| Plaintiff, | ) |
| v. | ) 4:22CV-00099 JMB |
| **Robert Schulte,** | ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE COUNSEL

Come Now Defendant Robert Schulte, by and through undersigned counsel, and moves this Court to substitute counsel in this case. In support, Defendant states the following:

1. Andrea Alper is no longer an employee of the Office of the County Counselor.

2. The undersigned counsel has entered his appearance in this case and will be representing Defendants through the pendency of this litigation.

WHEREFORE, Defendant Robert Schulte respectfully requests this Court grant his Motion to Substitute Counsel and remove Andrea Alper as an attorney of record in this case.

Respectfully Submitted,

**BETH ORWICK**
**COUNTY COUNSELOR**

/s/ Christopher D. Carter
Christopher D. Carter, #63751
Assistant County Counselor
Office of the County Counselor
41 South Central, 9th Floor
Clayton, MO 63105

        Tel. 314-615-5378
        Fax 314-615-3732
        Email: ccarter@stlouiscountymo.gov

**Certificate of Service**

    I hereby certify that on July 12, 2022 a copy of the foregoing was filed via the Court's electronic filing system.

        /s/ Christopher D. Carter
        Christopher D. Carter