UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH ROSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 4:22-CV-0099 JMB |
| | ) |
| ROBERT SHULTE, | ) |
| and | ) |
| ST. LOUIS COUNTY, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

COMES NOW, Matthew W. Huckeby, Associate County Counselor, to enter his appearance on behalf of Defendants Robert Shulte and St. Louis County as lead counsel of record. Associate County Counselor Christopher Carter requests leave to withdraw.

Respectfully submitted,

DANA T. REDWING
ST. LOUIS COUNTY COUNSELOR

*/s/ Matthew W. Huckeby*
Matthew W. Huckeby, #61978MO
Lawrence K. Roos County Government Building
41 S. Central Avenue, Ninth Floor
Clayton, MO 63105
Phone: (314) 615-7036
Fax: (314) 615-3732
MHuckeby@stlouiscountymo.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Court and served on all counsel of record via the Court's electronic filing system on this Friday, January 13, 2023.

*/s/ Matthew W. Huckeby*