UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Rose** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00099-JMB |
| | ) | |
| **Schulte** | ) | |
| | ) | |
| **Defendant** | ) | |

## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

### CHECK ONE:

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Keith Rose, Plaintiff**

Submitted By:  **Anthony E. Rothert**     Dated:  **February 15, 2022**

Note:  Corporations may execute this election only by counsel.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this **February 15, 2022**

Signature:     /S/ **Anthony E. Rothert**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Rose** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Case No. 4:22-cv-00099-JMB |
| | ) |
| **Schulte** | ) |
| | ) |
| | ) |
| **Defendant** | ) |

**NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION**

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

**CHECK ONE:**

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Robert Schulte**

Submitted By:   **Andrea Staci Alper**          Dated:   **March 18, 2022**

Note:   Corporations may execute this election only by counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this **March 18, 2022**

Signature:      /S/  **Andrea Staci Alper**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Rose** )  )   **Plaintiff** )  )  v. )  ) **Schulte** )  )  )   **Defendant** ) | Case No. 4:22-cv-00099-JMB |

**NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION**

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

[✓]  The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ]  The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**St. Louis County**
**who is also represented by Matthew W. Huckeby and**
**Rachel D. Schwarzlose**

Submitted By:  **Lorena V. Merklin von Kaenel**     Dated:  **January 20, 2023**

**Note:  Corporations may execute this election only by counsel.**

---

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this cause on: **January 20, 2023**

Signature:    /S/  **Lorena V. Merklin von Kaenel**