UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH ROSE, | ) |
| Plaintiff, | ) |
| v. | ) 4:22-CV-00099 JMB |
| ROBERT SCHULTE, | ) |
| and | ) |
| ST. LOUIS COUNTY, | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Assistant County Counselor Christopher D. Carter of the St. Louis County Counselor's Office, and hereby requests leave to withdraw as counsel of record for Defendants in the above-captioned cause of action. All other attorneys of record for Defendants will remain.

Respectfully Submitted,

**DANA T. REDWING**
**COUNTY COUNSELOR**

/s/ Christopher D. Carter
Christopher D. Carter, #63751
Assistant County Counselor
Office of the County Counselor
41 South Central, 9th Floor
Clayton, MO 63105
Tel. 314-615-5378
Fax 314-615-3732
Email: ccarter@stlouiscountymo.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion to Withdraw was served electronically via this Court's Electronic Filing System on all parties of record, this 24th day of March 2023.

/s/ Christopher D. Carter
Christopher D. Carter