UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH ROSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22 CV 99 JMB |
| ) | |
| ROBERT SCHULTE, et al., ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF ALTERNATIVE RESOLUTION REFERENCE DEADLINE**

COME NOW, the Parties, by and through undersigned counsel, and hereby request this Court extend the deadline for alternative resolution reference deadlines. In support of this motion, the parties state as follows:

1. On February 16, 2023, this Court entered its Amended Case Management Order referring this matter for alternative dispute resolution on April 21, 2023, which must be concluded by June 21, 2023. (See Doc. 66, ¶ 4).

2. The parties have agreed upon a mediator, namely Frank Neuner of Neuner Mediation & Dispute Resolution Services, however, Mr. Neuner and the parties are not mutually available for mediation until July 6, 2023.

3. Mr. Neuner has provided mediation services in this matter previously, and the mediator is familiar with this matter.

4. The parties are working together to schedule the mediation of this matter with the mediator, however, need additional time, up to and including July 15, 2023, to schedule and

conduct the mediation.  The mediation is tentatively scheduled for July 6, 2023, pending approval from this Court.

WHEREFORE, the parties respectfully request an extension of time to July 15, 2023, to complete mediation in this matter.

Respectfully submitted,

**DANA T. REDWING**
**COUNTY COUNSELOR**

By */s/ Matthew W. Huckeby*
Matthew W. Huckeby, #61978MO
Lawrence K. Roos County Government Building
41 S. Central Avenue, Ninth Floor
Clayton, MO 63105
Phone: (314) 615-7036
Fax: (314) 615-3732
MHuckeby@stlouiscountymo.gov

Rachel D. Schwarzlose, 57269MO
Associate County Counselor
Office of the County Counselor
County Government Center
4l South Central, 9th Floor
Clayton, Missouri 63l05
(314) 615-7042
rschwarzlose@stlouiscountymo.gov

/s/ Gillian R. Wilcox
GILLIAN R. WILCOX, #61278MO
ACLU of Missouri Foundation
406 W 34th Street
Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

ANTHONY E. ROTHERT, #44827MO
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: (314) 652-3114
Fax: (314) 652-3112

trothert@aclu-mo.org
jsteffan@aclu-mo.org

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent by means of electronic notification through the Court's Electronic Notification system on May 5, 2023, to all parties of record.