UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH ROSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22-CV-00099-JMB |
| | ) |
| ROBERT SCHULTE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies

Name of Neutral/Firm:   NEUNER JR., FRANCIS X.

Firm Address:   120 S.Central Avenue Suite 1250
St. Louis, MO  63105

Email:   frank@neunermediation.com

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:   Anthony E. Rothert (for pla)
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
906 Olive Street
Suite 1130
St. Louis, MO  63101
Ph: 314-669-3420  FAX: 314-652-3112

Other Counsel:   Matthew William Huckeby (for dft)
ST. LOUIS COUNTY COUNSELORS OFFICE
41 S. Central Avenue
9th Floor
Clayton, MO  63105
Ph: 314-615-7036  FAX: 314-615-3732

**The completion deadline for this ADR referral is July 15, 2023.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

| | |
|---|---|
| May 8, 2023. <br> Date | *Gregory J. Linhares*           / <br> Clerk of Court |
| | By:   /s/ Alexis Petri         / <br> ALEXIS PETRI <br> Deputy Clerk |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH ROS E, ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v. ) | No. 4:22-CV-00099-JMB |
|  ) | |
| ROBERT SCHULTE, et al., ) | |
|  ) | |
| Defendants. ) | |
|  ) | |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties  [☐ did   ☐ did not]  achieve a settlement. *Check one*

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____     Neutral: _____

NEUNER JR., FRANCIS X.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH ROSE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) No. 4:22-CV-00099-JMB |
|  | ) |
| ROBERT SCHULTE, et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference. The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):                                                   Email address:

_____                          _____

_____                          _____

_____                          _____

_____                          _____

_____                          _____

_____                          _____

_____                          _____

_____                          _____

Date_____ Neutral_____