UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH ROSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:22-CV-00099 JMB |
| | ) |
| ROBERT SCHULTE, et al., | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF TIME TO DISMISS PURSUANT TO THIS COURT'S JULY 17, 2023 ORDER (DOC. # 78), OR IN THE ALTERNATIVE, STATUS MEMORANDUM**

COME NOW, the Parties, by and through undersigned counsel, and hereby request this Court extend the deadline for Plaintiff to file a stipulation of dismissal, motion for leave to voluntarily dismiss, or a proposed consent judgment pursuant to this Court July 17, 2023, Order (Doc. # 78) up to and including fourteen days from the date of this motion, September 29, 2023. In the alternative, the parties submit this joint status memorandum pursuant to this Court July 17, 2023, Order (Doc. #78). In support of this motion for continuance, or in the alternative, for their joint status memorandum, the parties state as follows:

1. On July 6, 2023, the parties successfully mediated this matter.

2. On August 29, 2023, the parties fully executed a settlement agreement in this matter.

3. Plaintiff's counsel is in receipt of a check comprising consideration for settlement of this matter and will deposit the check on September 18, 2023.

4.       The parties respectfully request an extension of time of fourteen (14) days, up to and including September 29, 2023, to allow time for the check to fully process before Plaintiff files a stipulation of dismissal, motion for leave to voluntarily dismiss, or a proposed consent judgment.

WHEREFORE, the parties respectfully request an extension of time to file a stipulation of dismissal, motion for leave to voluntarily dismiss, or a proposed consent judgment pursuant to this Court July 17, 2023, Order (Doc. # 78), up to and including September 29, 2023.

Respectfully submitted,

**DANA T. REDWING**
**COUNTY COUNSELOR**

By */s/ Matthew W. Huckeby*
Matthew W. Huckeby, #61978MO
Lawrence K. Roos County Government Building
41 S. Central Avenue, Ninth Floor
Clayton, MO 63105
Phone: (314) 615-7036
Fax: (314) 615-3732
MHuckeby@stlouiscountymo.gov

Rachel D. Schwarzlose, 57269MO
Associate County Counselor
Office of the County Counselor
County Government Center
4l South Central, 9th Floor
Clayton, Missouri 63l05
(314) 615-7042
rschwarzlose@stlouiscountymo.gov

*/s/ Gillian R. Wilcox*
GILLIAN R. WILCOX, #61278MO
ACLU of Missouri Foundation
406 W 34th Street
Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was sent by means of electronic notification through the Court's Electronic Notification system on September 15, 2023, to all parties of record.

                /s/ *Gillian R. Wilcox*
                Gillian R. Wilcox